AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Susan Frost

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11602 DPW

TO: (Name and address of Defendant)

Susan Frost
5 Autumn Lane
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 19 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

July 29, 2004

I hereby certify and return that on 7/29/2004 at 02:20 pm I served a true and attested copy of the summons and complaint, civil action cover sheet, corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Susan Frost, 5 Autumn Lane, Methuen, MA 01844, and by mailing 1st class to the above address on 7/29/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

Deputy Sheriff Robert Andrews

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                       Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.