UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS, INC.
    Plaintiff,

      v.                      CIVIL ACTION
                              NO. 04-11602-DPW

SUSAN FROST,
    Defendant.

## **NOTICE OF DEFAULT**

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the Defendant, SUSAN FROST to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted **August 26, 2004.**

                                      BY THE COURT,

                                      /s/ Rebecca Greenberg
                                      Deputy Clerk

Dated: August 26, 2004