UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS I, Inc.
("Comcast"),
                    Plaintiff                    CASE NO. 04 11602 DPW

        -v.-

SUSAN FROST,
                    Defendant                    DEFENDANT'S ANSWER

   Now comes the Defendant, Susan Frost, and answers to the Plaintiff's complaint, as follows:

   1. Defendant denies all of the allegations in paragraphs 1, 2, 13, 17, 18, 19, 21, 22, 23, 24, 25, 26, and 27 of said complaint.

   2. She is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 16 andf 20 of the complaint.

WHEFORE, Defendant respectfully prays that Plaintiff's requests, paragraphs 1, 2 , 3, 4, 5, and 6, be denied, and that judgment issue in favor of the defendant, and that this Honorable Court award defendant, attorney's fees and costs in defending this action, as the law may allow..

                              SUSAN FROST
                              By her Attonrey

                              _____
                              ALBERT S. PREVITE, JR.
                              184 Pleasant Valley Street
                              Methuen, MA 01844
                              B.B.O. NO. 406040
                              Tel. No. 978 688 7002

Date: August 24, 2004

Date;: August 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify the within pleading have been served upon the Defendant's counsel of record:

        John M. McLaughlin, Esq.
        McLaughlin sacks, LLC
        31 Terumbull Road
        NorthAMPTON, MA 01060

by mailing a copy of said pleading, first class mail, postage preipaid, on August 24, 2004.

        */s/ Albert S. Previte, Jr./*
        ALBERT S. PREVITE, JR.
        184 Pleasant Valley Street
        Methuen, MA 01844
        B.B.O. NO. 406040
        Tel. No. 978 688 7002