# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| Comcast of Massachusetts I, Inc. | Case No.: 04-11602 DPW |
| Plaintiff, | SUBSTITUTE APPEARANCE |
| vs. | |
| Susan Frost | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Date 9/10/04

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10 day of Sept, 2004, a copy of the foregoing was sent via first class mail to:

Albert S. Previte, Jr.
Attorney at Law
P.O. Box 321 - 335 Common Street
Lawrence, MA 01842-0621

_____
John M. McLaughlin, Esq.